**Andranik CHILINGARYAN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

Nos. 04–71651, 05–77058.

United States Court of Appeals, Ninth Circuit.

May 11, 2006.

Andranik Chilingaryan, Glendale, CA, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Donald P. Lay, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

1. 18 U.S.C. § 3553.

2. *See United States v. Booker*, 543 U.S. 220, 264–66, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

3. Fed.R.Crim.P. 32(i)(3).

Artem M. Sarian, Esq., Glendale, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, for Respondent.

Agency No. A75–743–695.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

### ORDER

On March 14, 2006, we issued an unpublished memorandum disposition upholding the Board of Immigration Appeals' ("BIA") order summarily affirming an immigration judge's order denying Chilingaryan's asylum application as untimely, and denying withholding of removal and relief under the Convention Against Torture on adverse credibility grounds. On March 27, 2006, Chilingaryan informed the court that the BIA had ruled in his favor, and moved to stay the mandate, vacate the unpublished memorandum disposition, and dismiss cases docketed under 04–71651 and 05–77058.

We withdraw the unpublished memorandum disposition in *Chilingaryan v. Gonzales*, 171 Fed.Appx. 132 (2006). We grant the motion to dismiss cases docketed under 04–71651 and 05–77058, and we deny as unnecessary the motion to stay the mandate.